# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−13−41026−nhl |
| Israel Ramos and Ana M. Ramos | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−9786          xxx−xx−4799 | |
| DEBTOR(s) | |

## ORDER TO CLOSE REOPENED CASE

It appearing that the petition filed by the above named debtor(s) was reopened by an order of this court.

**IT IS ORDERED THAT:**

- The Chapter 7 case of the above named debtor(s) is closed.

                              s/ Nancy Hershey Lord
                              United States Bankruptcy Judge

Dated: January 15, 2014

Set forth all names, including trade names, used by the debtor(s) within the last 6 years (BR1005). For joint debtors set forth both social security numbers.

**BLoclreop** [Order to Close Reopened Case rev 08/05/03]